UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN M. BEUSTERIEN,<br><br>                    Plaintiff,<br><br>v.<br><br>TIME WARNER INC., et. al.<br><br>                    Defendants. | Civil Action No. 05-01447 |

**UNOPPOSED MOTION OF TIME WARNER INC. FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Time Warner Inc ("Time Warner") hereby moves for an extension of time to answer or otherwise respond to Plaintiff's Complaint in this action until thirty 30 days from the date that the Judicial Panel on Multidistrict Litigation ("MDL Panel") has transferred this action to the Southern District of New York for coordinated and consolidated pre-trial proceedings in MDL-1500, <u>In re AOL Securities & "ERISA" Litigation</u>.  Counsel for plaintiff Kathleen M. Beusterien has stated that they do not oppose this motion.

On July 28, 2005, plaintiff served Time Warner with the Complaint in the above-captioned action.  This action shares common questions of fact with the civil actions previously transferred to the Southern District of New York.  On August 18, 2005, Time Warner, pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 7.5(e), gave notice to the MDL Panel that the above-captioned matter is a potential "tag-along" action under MDL 1500.  (Exhibit A).  Plaintiff's counsel has

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000

indicated that they will not oppose transfer of the action. Also attached hereto as Exhibit B is the MDL Panel's December 16, 2002 Transfer Order. The requested extension would conserve the resources of the parties, their counsel and the judiciary.

Based on the foregoing, Time Warner respectfully requests that it be granted an extension of time until thirty (30) days from the date that the MDL Panel has transferred this action to the Southern District of New York.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By
    Edward J. Bennett (D.C. Bar # 457112)

    725 Twelfth Street
    Washington, DC 20005
    (202) 434-5000

CRAVATH, SWAINE & MOORE LLP

By
    Evan R. Chesler, Esq.
    Peter T. Barbur, Esq.
    Rachel G. Skaistis, Esq.

    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1000

*Attorneys for Time Warner Inc.*

September 20, 2005

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000

- 2 -