# Exhibit A

# CRAVATH, SWAINE & MOORE LLP

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1934

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

August 18, 2005

In re AOL Time Warner Inc. Securities & "ERISA" Litigation
MDL Docket No. 1500

Dear Mr. Beck:

Pursuant to Rule 7.5(e), we hereby give notice that the action entitled Beusterien v. Time Warner, Inc., United States District Court for the District of Columbia, Civil Action No. 05-01447, filed on July 22, 2005, is a potential "tag along" action under the above-referenced MDL docket. We enclose herewith a Notice of Potential Tag-Along Action, to which the complaint is attached.

This lawsuit is based upon substantially similar issues of law and fact to those implicated in the other AOL Time Warner-related cases that were transferred by the Panel on December 16, 2002 to the Southern District of New York for coordinated pretrial proceedings.

Respectfully,

Rachel G. Skaistis

Michael J. Beck
    Judicial Panel on Multidistrict Litigation
        One Columbus Circle, N.E.,
            Thurgood Marshall Federal Judiciary Building
                Room G-255, North Lobby
                    Washington, DC 20002-8004

Encls.

BY OVERNIGHT COURIER

Copies (w/encls.) to attached service list

BY OVERNIGHT COURIER

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re AOL Time Warner Inc. Securities & "ERISA" Litigation | MDL Docket No. 1500 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION SUBMITTED BY TIME WARNER INC.

Defendant Time Warner Inc. ("Time Warner") hereby notifies the Clerk of the Panel of the following potential tag-along action in which Time Warner has been named as a defendant:

1. <u>Beusterien v. Time Warner, Inc.</u>, United States District Court for the District of Columbia, Civil Action No. 05-01447. (<u>See</u> Complaint, attached as Exhibit A.)

Dated: New York, New York
August 18, 2005

CRAVATH, SWAINE & MOORE LLP

By: *[signature]*
Rachel G. Skaistis
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

Attorneys for Time Warner Inc.

## SERVICE LIST

Jonathan C. Dailey, Esq.
Kaplan, Buckner & Kostecka
3 Bethesda Metro Center
Suite 430
Bethesda, MD 20814
Telephone: (301) 718-1900
Fax: (301) 718-8359

Samuel D. Heins, Esq.
Daniel Hedlund, Esq.
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Fax: (612) 338-4692

Robert A. Skirnick, Esq.
Meredith Cohen Greenfogel & Skirnick, P.C.
One Liberty Plaza, 35th Floor
New York, NY 10006
Telephone: (212) 240-0020
Fax: (212) 240-0021

# Exhibit B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2002

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1500*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AOL TIME WARNER INC. SECURITIES LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR,* BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ,* JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of 22 actions: nineteen actions in the Southern District of New York; two actions in the Eastern District of Virginia, and one action in the Eastern District of Texas.[1] Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, by defendants AOL Time Warner Inc. (AOL Time Warner) and America Online, Inc. (AOL) to centralize these actions in the Southern District of New York for coordinated or consolidated pretrial proceedings. All responding parties support Section 1407 centralization of all actions in a single federal court, but disagree on the most appropriate transferee district. In addition to the Southern District of New York, responding parties suggest selection of the Eastern District of Virginia as transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual questions arising out of alleged misrepresentations or omissions by AOL Time Warner and/or AOL concerning accounting practices relating to recognition of certain types of revenue. Whether the actions be brought by securities holders seeking relief under the federal securities laws, shareholders suing derivatively on behalf of AOL Time Warner, or participants in retirement savings plans suing for violations of the Employee Retirement Income Security Act of 1974 (ERISA), all actions can be expected to focus on a significant number of common events, defendants, and/or witnesses. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to questions of class certification), and conserve the resources of the parties, their counsel and the judiciary. *See In re Enron Corp. Sec., Derivative & "Erisa" Litig.*, 196 F.Supp.2d 1375 (J.P.M.L. 2002). We also point out that transfer of all related actions to a single judge has the streamlining effect of fostering a pretrial program that: 1) allows pretrial proceedings with respect to any non-common

---

* Judges Sear, Selya and Motz took no part in the decision of this matter.

[1] The Panel has been notified that seven potentially related actions have recently been filed: five actions in the Southern District of New York and two actions in the Eastern District of Virginia. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. We leave to the discretion of the transferee judge the extent of coordination or consolidation among these actions.

Although either of the suggested federal districts would be an appropriate forum for Section 1407 proceedings in this litigation, the Panel has decided to entrust this litigation to the Southern District of New York, where nineteen constituent actions and five potential tag-along actions are pending. We note that this district i) is conveniently located for many parties and witnesses, and ii) possesses the necessary resources to be able to devote the substantial time and effort to pretrial matters that this complex docket is likely to require.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the Southern District of New York are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram for coordinated or consolidated pretrial proceedings with the actions pending there.

IT IS FURTHER ORDERED that MDL-1500 is renamed as follows: MDL-1500–In re AOL Time Warner Inc. Securities & "ERISA" Litigation.

FOR THE PANEL:

/s/ Wm. Terrell Hodges
Wm. Terrell Hodges
Chairman

## SCHEDULE A

<u>MDL-1500 -- In re AOL Time Warner Inc. Securities Litigation</u>

<u>Southern District of New York</u>

*Jennifer Fadem v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5575
*Steven Schmalz v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5616
*Miriam Antin v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5633
*Mark Bluestein v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5643
*Malka Birnaum v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5705
*Ernest Hack v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5777
*Harvey Matcovsky v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5778
*Delbert Currens v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5799
*Howard Rosengarten v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5848
*Alan Russo, et al. v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5936
*Barbara Dietel v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-5966
*Earl Bennett v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6067
*Jack L. McBride v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6088
*Vardan Sarkisov v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6128
*Sherry Weindorf v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6200
*Chuck Hall, etc. v. Stephen M. Case, et al.*, C.A. No. 1:02-6302
*Earl Mikolitch v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6333
*John Pleggenkuhle v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6397
*Prena Smajlai v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-6564

<u>Eastern District of Texas</u>

*Kenneth McClure, et al. v. AOL Time Warner Inc., et al.*, C.A. No. 5:02-161

<u>Eastern District of Virginia</u>

*Howard Sevel v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-1110
*Philip J. Goodman v. AOL Time Warner Inc., et al.*, C.A. No. 1:02-1155