UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN M. BEUSTERIEN,<br><br>PLAINTIFF,<br><br>v.<br><br>TIME WARNER INC., et. al.<br><br>DEFENDANTS. | Civil Action No. 05-01447 |

### [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

Upon consideration of the unopposed Motion of Time Warner Inc. ("Time Warner") for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint in the above-captioned case, it is hereby ORDERED that Time Warner's motion is GRANTED.

Time Warner shall have until thirty (30) days from the date that the MDL Panel transfers this action to the Southern District of New York to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this _____ day of September, 2005.

_____
United States District Judge

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000