UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHLEEN M. BEUSTERIEN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1447 (RCL) |
| **TIME WARNER INC.**, *et al.*, | ) |
| Defendants. | ) |

**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

Upon consideration of the Unopposed Motion [3] of Time Warner Inc. ("Time Warner") for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint in the above-captioned case, it is hereby

ORDERED that Time Warner's Motion [3] is GRANTED. Time Warner shall have until thirty (30) days from the date that the MDL Panel transfers this action to the Southern District of New York to answer or otherwise respond to Plaintiff's Complaint [1].

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 21, 2005.