UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN M. BEUSTERIEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1447 (RCL) |
| TIME WARNER INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff has failed to comply with this Court's Order [2] filed September 12, 2005. Plaintiff shall, within five (5) days of this date, show cause why this case should not be dismissed as to defendants America Online, Inc., Case, and Pittman.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 4, 2005.