## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KATHLEEN M. BEUSTERIEN,

PLAINTIFF,

v.

TIME WARNER INC., et. al.

DEFENDANTS.

Civil Action No. 05-01447

## JOINT STIPULATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Whereas, on or about July 28, 2005, Plaintiff Kathleen M. Beusterien ("Plaintiff") served Defendants American Online, Inc., Stephen M. Case and Robert W. Pittman ("Defendants") with the Complaint in the above-captioned action;

Whereas, this action shares common questions of fact with the civil actions previously transferred to the Southern District of New York;

Whereas, on August 18, 2005, Time Warner, pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 7.5(e), gave notice to the Judicial Panel on Multidistrict Litigation ("MDL Panel") that the above-captioned matter is a potential "tag-along" action under MDL 1500 (Exhibit A), and Plaintiff has agreed not to oppose the transfer of this Action;

Whereas, the parties agree that Defendants' time to respond to the Complaint should be extended until after the Action has been transferred by the MDL Panel to the Southern District of New York;

Whereas, on September 21, 2005 the Court ordered that Defendant Time Warner Inc.'s time to respond to the Complaint is extended until thirty days after the Action has been transferred by the MDL Panel to the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1.     Defendants' time to move or answer the above-captioned complaint shall be extended until thirty days from the date that the MDL Panel has transferred this action to the Southern District of New York for coordinated and consolidated pre-trial proceedings in MDL-1500, In re AOL Securities & "ERISA" Litigation.

October _11_, 2005

KAPLAN, BUCKNER & KOSTECKA

By _____

Jonathan C. Dailey (Bar # 448141)

J. Bethesda Metro Center
Suite 430
Bethesda, MD  20814
(301) 718-1900

*Counsel for Plaintiff Kathleen M. Buesterien*

WILLIAMS & CONNOLLY LLP

By _____
      Edward J. Bennett, Esq. (Bar # 457112)

725 Twelfth Street
Washington, DC 20005
(202) 434-5000


CRAVATH, SWAINE & MOORE LLP

By _____
      Evan R. Chesler, Esq.
      Peter T. Barbur, Esq.
      Rachel G. Skaistis, Esq.

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for America Online, Inc.,
Stephen M. Case and Robert Pittman*


So ordered:


_____
Royce C. Lamberth, U.S. District Judge