UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KATHLEEN M. BEUSTERIEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1447 (RCL) |
| TIME WARNER INC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the parties' Joint Motion [6] for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and the record herein, it is hereby

ORDERED that the parties Joint Motion [6] is GRANTED. Defendant shall file an answer or otherwise respond to the complaint within thirty (30) days from the date that the MDL Panel has transferred this action to the Southern District of New York for coordinated and consolidated pre-trial proceedings in MDL-1500, *In re AOL Securities & ERISA Litigation*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 12, 2005.