**05 CV 9065**



JUDGE KRAM

A CERTIFIED TRUE COPY

OCT - 6 2005

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2005

FILED
CLERK'S OFFICE

FILD
S 200 NY
10/25/05

**DOCKET NO. 1500**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

Kathleen M. Beusterien v. Time Warner, Inc., et al., D. District of Columbia,
C.A. No. 1:05-1447 RCL

## CONDITIONAL TRANSFER ORDER (CTO-3)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, four additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, 235 F.Supp.2d 1380 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY *Marcos Quintero*

DEPUTY CLERK

**INVOLVED COUNSEL LIST (CTO-3)**
**DOCKET NO. 1500**
**IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION**

Edward John Bennett
Williams & Connolly, LLP
725 12th St NW
Washington, DC 20005-5901

Jonathan C. Dailey
Kaplan, Buckner & Kostecka
3 Bethesda Metro Center
Suite 430
Bethesda, MD 20814